UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PUGET SOUNDKEEPER ALLIANCE, | CASE NO. 3:17-cv-5016 BHS |
| Plaintiff, | ORDER |
| v. | |
| PORT OF TACOMA; SSA TERMINALS, LLC; and SSA TERMINALS (TACOMA), | |
| Defendants. | |

This matter is before the Court on Plaintiff Puget Soundkeeper Alliance's motion to appoint a settlement judge. Dkt. 413. Plaintiff indicated that the parties met to discuss a potential settlement of this matter earlier this month, but that they were ultimately unsuccessful. *Id*. at 2. It urges the Court to appoint a settlement judge pursuant to Local Civil Rule 39.1(a)(4) and (e) to reach a resolution after nearly eight years of litigation. Plaintiff indicated that it reached out to defendants to inquire whether they would join in its motion, but that "neither party substantively responded." *Id*. at 3.

ORDER - 1

1     Defendants Port of Tacoma, SSA Terminals, LLC and SSA Terminals (Tacoma)
2 are hereby directed to file a **SHOW CAUSE IN WRITING** by September 25, 2024, why
3 Plaintiff's motion to appoint a settlement judge, Dkt. 413, should not be granted.

4     Dated this 18th day of September, 2024.

*[Signature]*

BENJAMIN H. SETTLE
United States District Judge